**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BABATUNDE AJAYI a.k.a. Tunde Ajayi, | ) ) ) Case No. _____ |
| Plaintiff, | ) ) ) |
| v. | ) *Electronically Filed* |
| RICE ENERGY a.k.a. EQT RE LLC, a.k.a. RICE MIDSTREAM MANAGEMENT LLC, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Rice Energy a.k.a. EQT RE LLC a.k.a. Rice Midstream Management LLC ("Rice"), through its undersigned counsel, removes this action filed by Babatunde Ajayi ("Plaintiff") from the Court of Common Pleas of Washington County to the United States District Court for the Western District of Pennsylvania. In support of this Notice of Removal, Rice states the following:

**BACKGROUND**

1.     On October 25, 2018, Plaintiff initiated this action by filing a Writ of Summons in the Court of Common Pleas of Washington County, at Case No. 2018-6022. A copy of the Writ of Summons is attached as **Exhibit A**.

2.     On or about December 23, 2019, Plaintiff filed a Complaint in the Court of Common Pleas of Washington County, in which he alleges 11 causes of action against Rice: Count I, contract for continued employment; Count II, promissory estoppel; Count III bad faith breach of contract for continued employment; Count IV, breach of contract for 24,242 shares of

Rice Midstream Management stock under a Phantom Unit Agreement; Count V, bad faith breach of contract for 24,242 shares of Rice Midstream Management stock under a Phantom Unit Agreement; Count VI, breach of contract for 24,268 shares of Rice Energy stock under a Performance Stock Unit Agreement; Count VII, bad faith breach of contract for 24,268 shares of Rice Energy stock under a Performance Stock Unit Agreement; Count VIII, breach of contract for 29,672 shares of Rice Energy stock under Restricted Stock Unit Agreement; Count IX, bad faith breach of contract for 29,672 shares of Rice Energy stock under Restricted Stock Unit Agreement; Count X, race discrimination under 42 U.S.C. § 1981; and Count XI, violation of the Wage Payment and Collection Law. A copy of the Complaint is attached as **Exhibit B**.

3.      Rice received a copy of the Complaint via email to its undersigned counsel on December 23, 2019.

## **GROUNDS FOR REMOVAL**

4.      Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5.      "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6.      Because Plaintiff has raised a claim under federal law – specifically, 42 U.S.C. § 1981 – this action is removable under U.S.C. 28 U.S.C. § 1441 and 28 U.S.C. § 1331.

7.      Because Washington County is embraced by the United States District Court for the Western District of Pennsylvania, the action is properly removed to the United States District Court for the Western District of Pennsylvania under 28 U.S.C. § 1441(a).

8.      Removal is also timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within 30 days after Rice's receipt of a copy of the Complaint filed in the Washington County Court of Common Pleas.

9.      Copies of this Notice of Removal shall forthwith be served upon Plaintiff and the Clerk of Court for the Court of Common Pleas of Washington County.

10.     Nothing in this Notice shall be interpreted as a waiver of relinquishment of Rice's right to assert any defense, including, without limitation, by way of a motion to dismiss or any pre-answer motion under Fed. R. Civ. P. 12.

## CONCLUSION

**WHEREFORE**, Rice removes this civil action from Court of Common Pleas of Washington County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Dated:  January 8, 2020                    Respectfully submitted,

/s/ Jaime S. Tuite

Jaime S. Tuite (PA  87566)
jaime.tuite@bipc.com

Ryan J. Wilk (PA 316696)
ryan.wilk@bipc.com

**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Phone: 412-562-8800
Facsimile: 412-562-1041

*Attorneys for Defendant*

3