# EXHIBIT A

IN THE COURT OF COMON PLEAS
OF WASHINGTON COUNTY, PENNSYLVNIA

FILED
OCT 25 2018
J.S. RANKO
PROTHONOTARY

| | | |
|---|---|---|
| BABATUNDE AJAYI, <br> a.k.a Tunde Ajayi <br> Plaintiff | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL DIVISION <br><br> **WRIT OF SUMMONS IN CIVIL ACTION** <br><br> 2018-6022 |
| VS. | ) <br> ) | |
| RICE ENERGY a.k.a. <br> EQT RE LLC, and <br> RICE MIDSTREAM MANAGEMENT LLC, | ) <br> ) <br> ) | **Filed on Behalf of:** <br> **Babatunde Ajayi** |

*Praecipe for* **WRIT OF SUMMONS IN CIVIL ACTION**

To:   RICE ENERGY a.k.a. EQT RE LLC
      RICE MIDSTREAM MANAGEMENT LLC,

You are hereby notified that BABATUNDE AJAYI has commenced an action against you.

Date: October 25, 2018

Joy Schury Ranko
Prothonotary
Washington County Courthouse
1 South Main Street
Suite 1001
Washington, PA 15301(Name of Prothonotary or (Clerk)

By
_Joy Schury Ranko_ (Deputy)
Seal of the Court

_Sandra D. Bedillion_

JOY SCHURY RANKO, PROTHONOTARY
My Term Expires First Monday in January, 2020