UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABATUNDE AJAYI a.k.a. Tunde Ajayi, Plaintiff, <br><br> EQT RE LLC, formerly known as Rice Energy and EQT Midstream Management LLC, formerly known as Rice Midstream Management LLC, Defendants | Case No. 2:20-cv-00035 <br> Judge Colville |

### RULE 41(A)(2) MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, Babatunde Ajayi, by his attorneys Behrend and Ernsberger submits the following **Motion to Dismiss** and in support thereof avers as follows:

1. The Plaintiff and EQT RE LLC and EQT Midstream Management LLC have agreed to settle any and all claims and counterclaims that have been raised or may be raised against one another.

2. The settlement is based on a release.

WHEREFORE, Plaintiff requests that the Court dismiss with prejudice any and all claims and counterclaims that have been raised or may be raised by the Plaintiff and EQT RE LLC and EQT Midstream Management LLC against one another.

Respectfully submitted
Behrend & Ernsberger, P. C.

/s/ Daniel W. Ernsberger
Daniel W. Ernsberger
PA I.D. No. 30703
Park Building, Suite 1200
355 Fifth Avenue
Pittsburgh, PA 15222
Tel. 412-391-2515
Fax. 412-391-2762

CERTIFICATE OF SERVICE

    I, Daniel W. Ernsberger, Esquire, hereby certify that a true and correct copy of the forgoing Motion to dismiss was served upon the party listed below by email this ___ day of October, 2021
Jamie S. Tuite
Buchanan Ingersoll & Rooney PC
Union Trust Building, Suite 200
501 Grant Street, Pittsburgh, PA 15219
jaime.tuite@bipc.com

                                                BEHREND & ERNSBERGER, P.C.
                                                /s/ Daniel Ernsberger
                                                Daniel W. Ernsbergef
                                                PA I.D. 30703
                                                BEHREND & ERNSBERGER, P.C.
                                                Park Building - 12th Floor
                                                355 Fifth Avenue
                                                Pittsburgh, PA 15222