UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABATUNDE AJAYI a.k.a. Tunde Ajayi, <br> Plaintiff, <br><br> EQT RE LLC, formerly known as Rice Energy and EQT Midstream Management LLC, formerly known as Rice Midstream Management LLC, <br> Defendants | Case No. 2:20-cv-00035 <br> Judge Colville |

## ORDER

AND NOW, this 12th day of October, it is hereby ordered adjudged and decreed that the above captioned case be dismissed with prejudice together with any and all claims and counterclaims that have been raised or may be raised by the Plaintiff and EQT RE LLC and EQT Midstream Management LLC against one another. Each party will bear their own fees and costs.

_____

1